in the factual development of their claims denied them a full and fair opportunity to present their claims. This court, however, has held that an IJ has no duty "to develop the facts necessary to prove [the alien's] case." *Lopez–Rodriguez v. I.N.S.*, No. 93–05242 at *15, 20 F.3d 467 (5th Cir. Mar. 24, 1994) (unpublished).[1]

Accordingly, the petition for review is DENIED.

L.Ed.2d 493 (1967). Shutter has responded to counsel's motion and has moved to withdraw the *Anders* brief and for appointment of counsel. We have reviewed counsel's motion and *Anders* brief, Shutter's response, and the record and we find no nonfrivolous issues. Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein; Shutter's motion to withdraw the *Anders* brief and for appointment of counsel is DENIED; and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Clark Dale SHUTTER, Defendant–Appellant.**

No. 02–41500

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 21, 2003.

**UNITED STATES of America, Plaintiff—Appellee**

v.

**Roberto LOPEZ RIVERA, also known as "Raton"; Jose Abel Rodriguez; Hugo Villarreal–Solis, also known as "El Pecho de Oro" Defendants—Appellants**

No. 02–50581.

United States Court of Appeals, Fifth Circuit.

July 22, 2003.

Before JOLLY, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Clark Dale Shutter on appeal has moved for leave to withdraw from representation of Shutter, pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

---

1. In accordance with 5th Cir. 47.5.3, unpublished opinions issued before January 1, 1996, are precedent.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.